Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

In the Matter of SAMUEL CHUGERMAN, Respondent. THE BROOKLYN BAR ASSOCIATION, Appellant.

*Appeal — attorneys — appeal, by permission, from order of Appellate Division granting application for reinstatement as attorney dismissed.*

Matter of *Chugerman,* 223 App. Div. 855, appeal dismissed.

(Argued June 21, 1928; decided July 19, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1928, which granted an application for reinstatement as an attorney and counselor at law. The following question was certified: " Did the Appellate Division of the Supreme Court of the State of New York possess the power to grant the motion for reinstatement to the bar, made by Samuel Chugerman, pursuant to notice of motion directed to the Brooklyn Bar Association and bearing date December 6, 1927? "

*Mortimer W. Byers* for appellant.

*William I. Siegel* for respondent.

Appeal dismissed, without costs, on the authority of *Matter of Dolphin* (240 N. Y. 89); no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

ASSIR M. LEWINE, Respondent and Appellant, v. NATIONAL CITY BANK OF NEW YORK, Appellant and Respondent, Impleaded with Another.

(Submitted June 18, 1928; decided July 19, 1928.)

Motion for reargument granted; the reargument to be restricted to the single question whether there was error in excluding evidence of custom. (See 248 N. Y. 365.)